UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

vs.

D-1 Dr. Fares Yasin,
D-2 Dr. Nura Yasin,

        Defendants.

Case No. 2:20-cr-20037
Honorable Stephen J. Murphy, III

---

**Unopposed Application to Amend Preliminary Order of Forfeitures to Address Memorandum of Agreement and Identify Additional Property to be Forfeited**

---

The United States applies to this Court for entry of an Amended Stipulated Preliminary Order of Forfeiture in order to address on the record the Memorandum of Agreement between the parties and identify additional property to be forfeited to the government, and sets forth the following in support:

    1.    On September 30, 2021, the United States obtained a First Superseding Indictment containing a Forfeiture Allegation which provided notice to the defendant of the government's intent to forfeit to the United States, any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds

traceable to the commission of health care fraud offenses in violation of 18 U.S.C. §§ 1347 and 1349. (ECF No. 25).

2. On September 24, 2024, the Court entered a Stipulated Preliminary Order of Forfeiture against D-1 Dr. Fares Yasin (ECF 72) and D-2 Dr. Nura Yasin (ECF 73) which ordered the forfeiture of the following thirteen (13) assets:

- Thirty-one Thousand, Four Hundred and Fourteen Dollars ($31,414.00) in U.S. Currency;
- Ninety-three Thousand, Six Hundred and Thirty-six Dollars ($93,636.00) in U.S. Currency;
- Eight Hundred, and Eighty-five Dollars and Seven Cents ($885.07) in funds from account #XXXXX2154 in the names of Fares and Ahmad Yasin at JP Morgan Chase Bank;
- Two Thousand, Five Hundred and Fifty-Nine Dollars and Seventy-one Cents ($2,559.71) in funds from account #XXXXXX0629 in the name of Fares F. Yasin at JP Morgan Chase Bank;
- Five Thousand, Seven Hundred and Ninety Dollars and Eight Cents ($5,790.08) in funds from account #XXXXX1591 in the name of Yasin Properties, LLC at JP Morgan Chase Bank;
- Five Hundred and Twenty-One Dollars and Seventy-Seven Cents ($521.77) in funds from account #XXXXXX8114 in the name of Detroit Visiting Physicians, PLLC, at JP Morgan Chase Bank;
- Thirty-Five Thousand, Nine Hundred and Eighty-Two Dollars and Sixty-four Cents ($35,982.64) in funds from account #XXXXXXXX8799 in the name of Yasin Medical P.C. at Bank of America;
- Thirty-five Thousand and Twenty-one Dollars and Forty-seven Cents ($35,021.47) from account #XXXXXXXX2505 in the name of Yasin Medical P.C. at Bank of America;
- Seventy-six Thousand, Eight Hundred and Seventy-nine Dollars and Sixty-one Cents ($76,879.61) in funds from account #XXXXX0820 in the name of Michigan Home Visiting

2

       Physicians LLC at JP Morgan Chase Bank;
- Thirty-four Thousand, Two Hundred and Forty-one Dollars and Seventy-three Cents ($34,241.73) in funds from account #XXXXX1690 in the name of Detroit Visiting Physicians LLC at JP Morgan Chase Bank;
- Sixteen Thousand, Four Hundred and Thirty-Six Dollars and Ninety-One Cents ($16,436.91) in funds from brokerage account #XXXXXXXXXXXX2133 in the name of Dr. Nura Yasin at Ameriprise Financial;
- One Thousand, Seven Hundred Ninety-Four Dollars and Twenty-Nine Cents ($1,794.29) from IRA account #XXXXXXXXXXXX5133 in the name of Dr. Nura Yasin at Ameriprise Financial;
- Twelve Thousand, Two Hundred and Ninety-Two Dollars and Forty-Five Cents ($12,292.45) in funds from SEP IRA account #XXXXXXXXXXXX6133 in the name of Dr. Nura Yasin at Ameriprise Financial.

3. The Judgment entered against defendant D1-Dr. Fares Yasin on September 24, 2024 incorporates the Stipulated Preliminary Order of Forfeiture and orders the forfeiture of the above said property with a forfeiture money judgment against him. (ECF No. 74, Page ID. 546).

4. The Judgment entered against defendant D2-Dr. Nura Yasin on September 24, 2024 incorporates the Stipulated Preliminary Order of Forfeiture and orders the forfeiture of the above said property with a forfeiture money judgment against her. (ECF No. 75, Page ID.553).

5. Subsequently, on June 26, 2025, the government and Kelly Yasin, Amal Yasin, Ismael Yasin, Ahmad Yasin, and Fares Yasin Jr. ("Claimants") with their

3

attorney, Mohammed Abdrabboh, agreed by way of a Memorandum of Agreement to settle and compromise as to the return of the following assets:

- To Claimant Kelly Yasin: $10,000.00 (from Asset ID 18-FBI-003262)
- To Claimant Amal Yasin: $3,000.00 (from Asset ID 18-FBI-003266)
- To Claimant Ismael Yasin: $9,360.00 (from Asset ID 18-FBI-003266)
- To Claimant Ahmad Yasin: $7,067.54 (from Asset ID 18-FBI-003266)
- To Claimant Fares Yasin Jr.: $1,500.00 (from Asset ID 18-FBI-003266

The parties agreed that the aforementioned monies shall be returned to the Claimants, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect from the Claimants, including but not limited to any debts collected through the Treasury Offset Program. (See Attachment A – Fully Executed Memorandum of Agreement dated June 25, 2025)

6. The Memorandum of Agreement also addresses the below additional asset to be forfeited to the government. The Federal Bureau of Investigation (FBI) has since identified and confirmed custody of the following additional asset to be included for forfeiture:

- Miscellaneous Large Coin Collection from 726 Cherry Orchard Road, Canton, Michigan seized from Fares Yasin (18-FBI-008578)

Thus, the aforementioned Miscellaneous Large Coin Collection (18-FBI-008578)—which was seized from Dr. Fares and Kelly Yasin—is to be included for forfeiture as to D-1 Dr. Fares Yasin. This property is a substitute asset that will go to satisfy the forfeiture money judgment of Dr. Fares Yasin pursuant to 21 U.S.C. § 853(p), as Dr.

4

Fares Yasin has spent most of the directly forfeitable proceeds, and they cannot be located despite the Government's diligent efforts.

7. Pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, "the court may at any time … amend an existing order of forfeiture to include property that … is subject to forfeiture under an existing order of forfeiture but was located and identified after that property is entered; or … is substitute property that qualifies for forfeiture under an applicable statute."

8. Pursuant to Local Rule 7.1, Government counsel sent the Defendants' attorneys, Mohammed Abdrabboh and Summer McKeivier, a copy of this Application and proposed Amended Preliminary Order of Forfeiture via email and asked they had any objection or opposition to this Application or to the proposed Amended Preliminary Order of Forfeiture. Mohammed Abdrabboh stated that he concurs with entry of the proposed Amended Preliminary Order of Forfeiture. Summer McKeivier also stated that she concurs with entry of the proposed Amended Preliminary Order of Forfeiture.

9. Upon entry of the requested amended order of forfeiture, the United States will publish notice of the forfeiture on an official government internet site for at least thirty consecutive days. Federal Rule of Criminal Procedure 32.2(e) authorizes the

entry of an amended order of forfeiture to address the additional property to be forfeited to the government.

Therefore, pursuant to this application, the record in this case, and Rule 32.2(e), the United States requests that the Court enter the proposed Amended Preliminary Order of Forfeiture submitted concurrently with this application to address the Memorandum of Agreement between the parties and identify the additional property to be forfeited to the United States.

Respectfully submitted,

Jerome F. Gorgon, Jr.
United States Attorney

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov

Dated: October 31, 2025

**CERTIFICATION OF SERVICE**

I hereby certify that on October 31, 2025, the foregoing was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226